B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Western District of Virginia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**White, William Alexander** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Bill White** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0693** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**see below**<br>**Roanoke, VA**<br>ZIP Code **24012** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Roanoke City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO BOX 8631**<br>**Roanoke, VA**<br>ZIP Code **24014** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **White, William Alexander** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**White, William Alexander**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William Alexander White**

Signature of Debtor   **William Alexander White**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 13, 2008**

Date

### Signature of Attorney*

X **/s/ Harry W. Brown, Esquire**

Signature of Attorney for Debtor(s)

**Harry W. Brown, Esquire 41300**

Printed Name of Attorney for Debtor(s)

**Harry W. Brown, Attorney at Law, P.C.**

Firm Name

**125 Kirk Avenue S.W.**
**Roanoke, VA 24011**

Address

**Email: ela@hblawoffice.roacoxmail.com**
**540-345-0200  Fax: 540-345-4049**

Telephone Number

**June 13, 2008**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Western District of Virginia

In re __William Alexander White__ _____  Case No. _____

Debtor(s)   Chapter   __11__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ William Alexander White**
                        **William Alexander White**
Date:  **June 13, 2008**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re  **William Alexander White**

_____

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Appalachian Power<br>PO BOX 24413<br>Canton, OH 44701-4413 | Appalachian Power<br>PO BOX 24413<br>Canton, OH 44701-4413<br>1-800-956-4237 | Utility | | 598.28 |
| Appalachian Power<br>PO BOX 24413<br>Canton, OH 44701-4413 | Appalachian Power<br>PO BOX 24413<br>Canton, OH 44701-4413<br>1-800-956-4237 | Utility | | 371.41 |
| Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413 | Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413 | Utility for rental property | | 278.50 |
| Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413 | Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413 | Utility for rental property | | 254.06 |
| Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413 | Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413 | Utility for rental property | | 229.45 |
| Bank of America<br>PO BOX 15710<br>Carol Stream, IL 60197-5270 | Bank of America<br>PO BOX 15710<br>Carol Stream, IL 60197-5270 | Credit card purchases by White Homes & Land, LLC | | 12,938.73 |
| Bank of America<br>PO BOX 15184<br>Wilmington, DE 19886-5710 | Bank of America<br>PO BOX 15184<br>Wilmington, DE 19886-5710 | Credit card purchases | | 8,839.57 |
| Barclays<br>PO BOX 8833<br>Wilmington, DE 19899-8833 | Carnival/Sea Miles<br>Barclays<br>PO BOX 8833<br>Wilmington, DE 19899-8833<br>1-866-255-1304 | Credit card purchases | | 9,522.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **William Alexander White** _____    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Brisa Fund, LLLP<br>PO BOX 66667<br>Washington, DC 20020-0477 | Brisa Fund, LLLP<br>PO BOX 66667<br>Washington, DC 20020-0477 | 2nd lien on real property 1517 Chapman, 1521 Chapman, 1529 Chapman, 1605 Chapman, 1621 Chapman, 1629-1631 Chapman, 832 Patterson, 906 Patterson, 1602 | Disputed | 225,000.00 |
| Edward Jones<br>FIA Card Services<br>PO BOX 175726<br>Wilmington, DE 19886 | Edward Jones<br>FIA Card Services<br>PO BOX 175726<br>Wilmington, DE 19886<br>1-800-223-7046 | Business loans | | 24,756.27 |
| Glenda Revord<br>503 Myra Road<br>Raeford, NC 28376 | Harry Brown<br>Harry W. Brown, Esq.<br>125 Kirk Avenue, S.W.<br>Roanoke, VA 24011<br>540-345-0200 | Legal services | | 25,399.70 |
| Horn's Plumbing & Heating<br>3295 Bradshaw Road<br>Salem, VA 24153 | Horn's Plumbing & Heating<br>3295 Bradshaw Road<br>Salem, VA 24153<br>540-384-5111 | Services | | 2,645.21 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | CreditCard | | 8,714.00 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | CreditCard | | 2,728.00 |
| Jody Stewart, CRR, RMR<br>Official U.S. Court Reporter<br>600 Granby Street, #217<br>Norfolk, VA 23510 | Jody Stewart, CRR, RMR<br>Official U.S. Court Reporter<br>600 Granby Street, #217<br>Norfolk, VA 23510<br>757-222-7071 | Transcript | | 284.75 |
| Providian<br>PO BOX 660487<br>Dallas, TX 75266-0487 | Providian<br>PO BOX 660487<br>Dallas, TX 75266-0487<br>1-800-280-9441 | Credit card purchases | | 9,510.03 |
| Richard Lawrence, Esq.<br>1st Street, S.W.<br>Roanoke, VA 24016 | Richard Lawrence, Esq.<br>1st Street, S.W.<br>Roanoke, VA 24016<br>540-982-2606 | Legal services | | 2,000.00 |
| Summit & Roanoke Apt., LLC<br>48500 Franklin Road S.W.<br>Roanoke, VA 24014 | Summit & Roanoke Apt., LLC<br>48500 Franklin Road S.W.<br>Roanoke, VA 24014 | | | 216.96 |

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re    **William Alexander White**                                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Western Virginia Water Authority**<br>**Utility Billing Office**<br>**PO BOX 1140**<br>**Roanoke, VA 24006-1140** | **Western Virginia Water Authority**<br>**Utility Billing Office**<br>**PO BOX 1140**<br>**Roanoke, VA 24006-1140** | **Utility for rental property** | | **235.72** |
| **Western Virginia Water Authority**<br>**Utility Billing Office**<br>**PO BOX 1140**<br>**Roanoke, VA 24006-1140** | **Western Virginia Water Authority**<br>**Utility Billing Office**<br>**PO BOX 1140**<br>**Roanoke, VA 24006-1140**<br>**540-853-2456** | **Utility for rental property** | | **841.31** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **William Alexander White**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **June 13, 2008**                          Signature    **/s/ William Alexander White**

                                                                **William Alexander White**
                                                                Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re  **William Alexander White**                                                ,        Case No. _____
                                                                                    Debtor

                                                                                    Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 5 | 1,361,190.00 | | |
| B - Personal Property | Yes | 4 | 565,378.83 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,026,064.02 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,499.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 375,100.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 4 | | | 3,621.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,180.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 1,926,568.83 | | |
| Total Liabilities | | | | 1,404,663.64 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Western District of Virginia

In re    **William Alexander White**                                          ,      Case No. _____

Debtor

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re **William Alexander White**                                    Case No. _____
_____,
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental property located at 1426 Chapman Ave., S.W., Roanoke, VA 24016; TAX ID #1220102 Tax assessment value for 2008 of $47,800 | **Fee simple** | - | 84,575.00 | 101,141.07 |
| Rental property located at 1517 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213214 Tax assessment value for 2008 of $56,200; Appraisal value from 4/25/06 $93,000 | **Fee simple** | - | 106,250.00 | 108,227.50 |
| Rental property located at 1521 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID# 1213213 Tax assessment value for 2008 of $63,900 Appraisal value from 4/25/06 $95,000 | **Fee simple** | - | 102,000.00 | 109,802.46 |
| Rental property located at 1529 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213210 Tax assessment value for 2008 of $53,500 | **Fee simple** | - | 97,750.00 | 109,802.46 |
| Rental property located at 1605 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213115 Tax assessment value for 2008 of $62,700; Appraisal value from 4/25/06 in amount of $95,000 | **Fee simple** | - | 110,500.00 | 109,802.46 |
| Rental property located at 1609 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213114 Tax assessment value for 2008 of $67,100; Appraisal value from 4/25/06 is $110,000 | **Fee simple** | - | 102,000.00 | 121,613.24 |
| Rental property located at 1621 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213111 Tax assessment value for 2008 of $39,500 Appraisal value from 4/25/06 $85,000 | **Fee simple** | - | 102,000.00 | 101,901.93 |

|  | Sub-Total > | 705,075.00 | (Total of this page) |
|---|---|---|---|

___1___   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **William Alexander White**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental property located at 1629-1631 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213109 Tax assessment value for 2008 of $41,900. Appraisal value of 4/25/06 $85,000** | **Fee simple** | **-** | **93,500.00** | **101,902.10** |
| **Rental property located at 1502 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1320608; Tax assessment value for 2008 of $55,400** | **Fee simple** | **-** | **102,000.00** | **67,180.00** |
| **Rental property located at 1602 Patterson Ave., S.W., Roanoke, VA 24016 Tax ID#1213108 Tax assessment value for 2008 of $67,100, Appraisal value from 4/25/06 $105,000** | **Fee simple** | **-** | **114,750.00** | **82,676.32** |
| **Rental property located at 832 Patterson Ave., S.W., Roanoke, VA 24016 and adjacent lot; Tax ID#1112801, 1112802 & 1112803; Tax assessment value for 2008 of $92,900** | **Fee simple** | **-** | **140,165.00** | **106,381.00** |
| **Rental property located at 1526 Patterson Ave., S.W., Roanoke, VA 24016 TAX ID#1213203 Tax assessment value for 2008 of $76,600 Appraisal value from 4/25/06 $90,000** | **Fee simple** | **-** | **99,450.00** | **70,659.04** |
| **Rental property located at 1513 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213215 Tax assessment value for 2008 of $65,700** | **Fee simple** | **-** | **106,250.00** | **79,974.44** |

Sub-Total >      **656,115.00**      (Total of this page)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Total >      **1,361,190.00**

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **William Alexander White**                                                    Case No. _____
                                              Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Rental property located at 1426 Chapman Ave., S.W., Roanoke, VA 24016; TAX ID #1220102 Tax assessment value for 2008 of $47,800** | **Fee simple** | **NA** | **$84,575.00** | **$66,141.07\*\*\*** |
| **Rental property located at 1517 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213214 Tax assessment value for 2008 of $56,200; Appraisal value from 4/25/06 $93,000** | **Fee simple** | **NA** | **$106,250.00** | **$73,227.50\*\*\*** |
| **Rental property located at 1521 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID# 1213213 Tax assessment value for 2008 of $63,900 Appraisal value from 4/25/06 $95,000** | **Fee simple** | **NA** | **$102,000.00** | **$74,802.46\*\*\*** |
| **Rental property located at 1529 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213210 Tax assessment value for 2008 of $53,500** | **Fee simple** | **NA** | **$97,750.00** | **$74,802.46\*\*\*** |

Sheet 1 of 3 total sheets in Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **William Alexander White**

Debtor(s)

Case No _____

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Rental property located at 1605 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213115 Tax assessment value for 2008 of $62,700; Appraisal value from 4/25/06 in amount of $95,000** | **Fee simple** | **NA** | **$110,500.00** | **$74,802.46\*\*\*** |
| **Rental property located at 1609 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213114 Tax assessment value for 2008 of $67,100; Appraisal value from 4/25/06 is $110,000** | **Fee simple** | **NA** | **$102,000.00** | **$86,613.24\*\*\*** |
| **Rental property located at 1621 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213111 Tax assessment value for 2008 of $39,500 Appraisal value from 4/25/06 $85,000** | **Fee simple** | **NA** | **$102,000.00** | **$66,901.93\*\*\*** |
| **Rental property located at 1629-1631 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213109 Tax assessment value for 2008 of $41,900. Appraisal value of 4/25/06 $85,000** | **Fee simple** | **NA** | **$93,500.00** | **$66,902.10\*\*\*** |
| **Rental property located at 1502 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1320608; Tax assessment value for 2008 of $55,400** | **Fee simple** | **NA** | **$102,000.00** | **$67,180.00** |
| **Rental property located at 1602 Patterson Ave., S.W., Roanoke, VA 24016 Tax ID#1213108 Tax assessment value for 2008 of $67,100, Appraisal value from 4/25/06 $105,000** | **Fee simple** | **NA** | **$114,750.00** | **$82,676.32\*\*\*** |

Sheet 2 of 3 total sheets in Schedule of Real Property

B6A (Official Form 6A)  (12/07) - Cont.

In re __William Alexander White__                                    Case No _____
                                    Debtor(s)

## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Rental property located at 832 Patterson Ave., S.W., Roanoke, VA 24016 and adjacent lot; Tax ID#1112801, 1112802 & 1112803; Tax assessment value for 2008 of $92,900 | Fee simple | NA | $140,165.00 | $106,381.00*** |
| Rental property located at 1526 Patterson Ave., S.W., Roanoke, VA 24016 TAX ID#1213203 Tax assessment value for 2008 of $76,600 Appraisal value from 4/25/06 $90,000 | Fee simple | NA | $99,450.00 | $70,659.04 |
| Rental property located at 1513 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213215 Tax assessment value for 2008 of $65,700 | Fee simple | NA | $106,250.00 | $79,974.44 |
| | | Total: | $1,361,190.00 | |

(Report also on Summary of Schedules)

***In addition this asset is secured by a blanket lien in the amount of $35,000.00 in favor of The Washington Savings Bank.

Sheet 3 of 3 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **William Alexander White**                                                    ,        Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account with Freedom First Credit Union** | - | 800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit of $2,000 with Appalachian Power. Uncertain whether deposits have been credited.** | - | 1.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Television & stereo** Located at the Debtor's residence. | - | 100.00 |
| | | **Dinning room set ( Table and chairs)** Located at the Debtor's residence. | - | 100.00 |
| | | **Bed** Located at the Debtor's residence. | - | 50.00 |
| | | **Bookshelves** Located at the Debtor's residence. | - | 230.00 |
| | | **2 A/C units** Located at the rental properties. | - | 40.00 |
| | | **Washer and dryer** Located at the rental property. | - | 50.00 |
| | | **23 Stoves** Located at the rental properties. | - | 2,300.00 |
| | | **23 Refrigerators** Located at the rental properties. | - | 2,300.00 |

Sub-Total >        **5,981.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William Alexander White**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Several thousand books, misc. computer diskettes, CDS and DVD's**<br>**Located at the Debtor's residence.** | - | 2,000.00 |
| 6. Wearing apparel. | | **Clothing**<br>**Located at the Debtor's residence.** | - | 500.00 |
| 7. Furs and jewelry. | | **Watch, money clip, pocketwatch, tie bar, cufflinks**<br>**Located at the Debtor's residence.** | - | 600.00 |
| | | **Wedding band** | - | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Shotgun and .380 pistol**<br>**Located at the Debtor's residence.** | - | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in White Homes and Land, LLC** | - | 500,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **94% Interest in ANSWP, LLC** | - | 1,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable from judgment tenants on rents. [List available upon request]** | - | 34,815.83 |

Sub-Total >    **539,615.83**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William Alexander White**                                              ,      Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Estimated accounts receivable on rents for properties owned by the Debtor.**<br>**1426 Champan-$200**<br>**1521 Chapman-$525**<br>**1605 Chapman-$450** | - | 1,175.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Potential Federal & State Income tax refunds from years 2005, 2006, 2007 & 2008** | - | 1.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Potential incohate interest in inheritance property** | - | 2.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Trouttman Sanders, LLP & Kevin Mottley, Esquire. Value unknown.** | - | 1.00 |
| | | **Claim against Family First Mortgage & Chase bank. Value unknown.** | - | 1.00 |
| | | **Claim against Option One Mortgage and agents. Value unknown.** | - | 1.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Copyrights of Bill White** | - | 1.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >          1,182.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William Alexander White**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Toyota Coupe 2D SLE Located at the Debtor's residence.** | - | **14,600.00** |
| | | **2000 Dodge Caravan-V6 Caravan SE; Debtor paid $3,500.00 in September of 2006 for said vehicle. NADA Book value is $5,150.00. Located at the Debtor's residence.** | J | **3,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer and computer desk Located at the Debtor's residence.** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **18,600.00** |
| (Total of this page) | |
| Total > | **565,378.83** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **William Alexander White**                                                    ,   Case No. _____
                                                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Rental property located at 1502 Chapman Ave., S.W., Roanoke, VA 24016** <br>**Tax ID#1320608; Tax assessment value for 2008 of $55,400** | **Va. Code Ann. § 34-4** | **1.00** | **102,000.00** |
| **Rental property located at 1602 Patterson Ave., S.W., Roanoke, VA 24016** <br>**Tax ID#1213108 Tax assessment value for 2008 of $67,100, Appraisal value from 4/25/06 $105,000** | **Va. Code Ann. § 34-4** | **1.00** | **114,750.00** |
| **Rental property located at 832 Patterson Ave., S.W., Roanoke, VA 24016 and adjacent lot; Tax ID#1112801, 1112802 & 1112803; Tax assessment value for 2008 of $92,900** | **Va. Code Ann. § 34-4** | **1.00** | **140,165.00** |
| **Rental property located at 1526 Patterson Ave., S.W., Roanoke, VA 24016** <br>**TAX ID#1213203 Tax assessment value for 2008 of $76,600 Appraisal value from 4/25/06 $90,000** | **Va. Code Ann. § 34-4** | **1.00** | **99,450.00** |
| **Rental property located at 1513 Chapman Ave., S.W., Roanoke, VA 24016** <br>**Tax ID#1213215 Tax assessment value for 2008 of $65,700** | **Va. Code Ann. § 34-4** | **1.00** | **106,250.00** |
| **Cash on Hand** | | | |
| **Cash on hand** | **Va. Code Ann. § 34-4** | **10.00** | **10.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal checking account with Freedom First Credit Union** | **Va. Code Ann. § 34-4** | **100.00** | **800.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit of $2,000 with Appalachian Power. Uncertain whether deposits have been credited.** | **Va. Code Ann. § 34-4** | **1.00** | **1.00** |
| **Household Goods and Furnishings** | | | |
| **Television & stereo** <br>**Located at the Debtor's residence.** | **Va. Code Ann. § 34-26(4a)** | **100.00** | **100.00** |
| **Dinning room set ( Table and chairs)** <br>**Located at the Debtor's residence.** | **Va. Code Ann. § 34-26(4a)** | **100.00** | **100.00** |
| **Bed** <br>**Located at the Debtor's residence.** | **Va. Code Ann. § 34-26(4a)** | **50.00** | **50.00** |
| **Bookshelves** <br>**Located at the Debtor's residence.** | **Va. Code Ann. § 34-26(4a)** | **230.00** | **230.00** |

__2__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **William Alexander White**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 A/C units<br>Located at the rental properties. | Va. Code Ann. § 34-26(4a) | 40.00 | 40.00 |
| Washer and dryer<br>Located at the rental property. | Va. Code Ann. § 34-26(4a) | 50.00 | 50.00 |
| 23 Stoves<br>Located at the rental properties. | Va. Code Ann. § 34-26(4a) | 2,300.00 | 2,300.00 |
| 23 Refrigerators<br>Located at the rental properties. | Va. Code Ann. § 34-26(4a) | 2,130.00 | 2,300.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Several thousand books, misc. computer diskettes, CDS and DVD's<br>Located at the Debtor's residence. | Va. Code Ann. § 34-4 | 2,000.00 | 2,000.00 |
| **Wearing Apparel**<br>Clothing<br>Located at the Debtor's residence. | Va. Code Ann. § 34-26(4) | 500.00 | 500.00 |
| **Furs and Jewelry**<br>Watch, money clip, pocketwatch, tie bar, cufflinks<br>Located at the Debtor's residence. | Va. Code Ann. § 34-4 | 600.00 | 600.00 |
| Wedding band | Va. Code Ann. § 34-26(1a) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>Shotgun and .380 pistol<br>Located at the Debtor's residence. | Va. Code Ann. § 34-4 | 200.00 | 200.00 |
| **Stock and Interests in Businesses**<br>100% interest in White Homes and Land, LLC | Va. Code Ann. § 50-73.105<br>Va. Code Ann. § 34-4 | 499,999.00<br>1.00 | 500,000.00 |
| **Interests in Partnerships or Joint Ventures**<br>94% Interest in ANSWP, LLC | Va. Code Ann. § 50-73.105<br>Va. Code Ann. § 34-4 | 1,000.00<br>1.00 | 1,000.00 |
| **Accounts Receivable**<br>Estimated accounts receivable on rents for properties owned by the Debtor.<br>1426 Champan-$200<br>1521 Chapman-$525<br>1605 Chapman-$450 | Va. Code Ann. § 34-4 | 1.00 | 1,175.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund**<br>Potential Federal & State Income tax refunds from years 2005, 2006, 2007 & 2008 | Va. Code Ann. § 34-4 | 1.00 | 1.00 |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **William Alexander White**                                              ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| Potential incohate interest in inheritance property | Va. Code Ann. §§ 38.2-3122, 38.2-3123 | 1.00 | 2.00 |
| | Va. Code Ann. § 34-4 | 1.00 | |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Claim against Trouttman Sanders, LLP & Kevin Mottley, Esquire. Value unknown. | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| Claim against Family First Mortgage & Chase bank. Value unknown. | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| Claim against Option One Mortgage and agents. Value unknown. | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| **Patents, Copyrights and Other Intellectual Property** | | | |
| Copyrights of Bill White | Va. Code Ann. § 34-4 | 1.00 | 1.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Toyota Coupe 2D SLE | Va. Code Ann. § 34-26(7) | 9,500.00 | 14,600.00 |
| Located at the Debtor's residence. | Va. Code Ann. § 34-4 | 1,996.00 | |
| 2000 Dodge Caravan-V6 Caravan SE; Debtor paid $3,500.00 in September of 2006 for said vehicle. NADA Book value is $5,150.00. Located at the Debtor's residence. | Va. Code Ann. § 34-26(8) Va. Code Ann. § 34-4 | 2,000.00 86.00 | 3,500.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Computer and computer desk Located at the Debtor's residence. | Va. Code Ann. § 34-26(7) | 500.00 | 500.00 |

Total:    **524,007.00**    **1,093,178.00**

B6D (Official Form 6D) (12/07)

In re   **William Alexander White**                              ,        Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0024829384** | | | 12/12/07 | | | | | |
| **Chase Home Finance**<br>**PO BOX 78116**<br>**Phoenix, AZ 85062-8116** | | - | **Deed of Trust**<br>**Rental property located at 1513 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213215 Tax assessment value for 2008 of $65,700** | | | | | |
| | | | Value $                 106,250.00 | | | | 79,974.44 | 0.00 |
| Account No. **0022557367** | | | 11/16/2006 | | | | | |
| **Option One Mortgage**<br>**Irvine Center Drive**<br>**Irvine, CA 92618** | | - | **Deed of Trust**<br>**Rental property located at 832 Patterson Ave., S.W., Roanoke, VA 24016 and adjacent lot;**<br>**Tax ID#1112801, 1112802 & 1112803; Tax assessment value for 2008 of $92,900** | | | | | |
| | | | Value $                 140,165.00 | | | | 106,381.00 | 0.00 |
| Account No. **0022310999** | | | 9/22/06 | | | | | |
| **Option One Mortgage Corporation**<br>**PO BOX 44042**<br>**Jacksonville, FL 32231-4042** | | - | **Deed of Trust**<br>**Rental property located at 1502 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1320608; Tax assessment value for 2008 of $55,400** | | | | | |
| | | | Value $                 102,000.00 | | | | 67,180.00 | 0.00 |
| Account No. **0017239294** | | | 6/7/05 | | | | | |
| **Option One Mortgage Corporation**<br>**DA CSRESOLUT**<br>**6501 Irvine Center Drive**<br>**Irvine, CA 92618** | | - | **Deed of Trust**<br>**Rental property located at 1526 Patterson Ave., S.W., Roanoke, VA 24016**<br>**TAX ID#1213203 Tax assessment value for 2008 of $76,600 Appraisal value from 4/25/06 $90,000** | | | | | |
| | | | Value $                 99,450.00 | | | | 70,659.04 | 0.00 |
| **2** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 324,194.48 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **William Alexander White**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1940387184** <br><br> **The Washington Savings Bank, FSB** <br> **4201 Mitchellville Road, Suite 503** <br> **Bowie, MD 20716** | X | H | 7/5/07 <br> 3rd Lien <br> Rental property located at 1426 Chapman Ave., S.W., Roanoke, VA 24016; <br> TAX ID #1220102 Tax assessment value for 2008 of $47,800 | | | | | |
| | | | Value $           84,575.00 | | | | 35,000.00 | 0.00 |
| Account No. 5997539 <br><br> Wachovia Mortgage <br> 1100 Corporate Center Drive <br> Raleigh, NC 27607-5066 | | - | 6/1/06 <br><br> Deed of Trust <br><br> Rental property located at 1529 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID#1213210 Tax assessment value for 2008 of $53,500 | | | | | |
| | | | Value $           97,750.00 | | | | 74,802.46 | 0.00 |
| Account No. 0005997554 <br><br> Wachovia Mortgage <br> 1100 Corporate Center Drive <br> PO BOX 900001 <br> Raleigh, NC 27675-9000 | | - | 6/1/2006 <br> Deed of Trust <br> Rental property located at 1605 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213115 Tax assessment value for 2008 of $62,700; Appraisal value from 4/25/06 in amount of $95,000 | | | | | |
| | | | Value $          110,500.00 | | | | 74,802.46 | 0.00 |
| Account No. 5997650 <br><br> Wachovia Mortgage <br> 1100 Corporate Center Drive <br> Raleigh, NC 27607-5066 | | - | 5/25/06 <br> Deed of Trust <br> Rental property located at 1609 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213114 Tax assessment value for 2008 of $67,100; Appraisal value from 4/25/06 is $110,000 | | | | | |
| | | | Value $          102,000.00 | | | | 86,613.24 | 0.00 |
| Account No. 5997686 <br><br> Wachovia Mortgage <br> 1100 Corporate Center Drive <br> Raleigh, NC 27607-5066 | | - | 5/25/06 <br> Deed of Trust <br> Rental property located at 1629-1631 Chapman Ave., S.W., Roanoke, VA 24016 Tax ID #1213109 Tax assessment value for 2008 of $41,900. Appraisal value of 4/25/06 $85,000 | | | | | |
| | | | Value $           93,500.00 | | | | 66,902.10 | 0.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

338,120.26          0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **William Alexander White**                                                    ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0005997712** <br><br> **Wachovia Mortgage** <br> **1100 Corporate Center Drive** <br> **Raleigh, NC 27607-5066** | - | | **5/31/06** <br> **Deed of Trust** <br> **Rental property located at 1602 Patterson Ave., S.W., Roanoke, VA 24016** <br> **Tax ID#1213108 Tax assessment value for 2008 of $67,100, Appraisal value from 4/25/06 $105,000** | | | X | | |
| | | | Value $                114,750.00 | | | | 82,676.32 | 0.00 |
| Account No. **0005995190** <br><br> **Wachovia Mortgage, FSB** <br> **1100 Corporate Center Drive** <br> **PO BOX 900001** <br> **Raleigh, NC 27675-9000** | - | | **6/1/06** <br> **Deed of Trust** <br> **Rental property located at 1426 Chapman Ave., S.W., Roanoke, VA 24016;** <br> **TAX ID #1220102 Tax assessment value for 2008 of $47,800** | | | | | |
| | | | Value $                 84,575.00 | | | | 66,141.07 | 0.00 |
| Account No. **0005996663** <br><br> **Wachovia Mortgage, FSB** <br> **PO BOX 900001** <br> **Raleigh, NC 27675-9000** | - | | **5/31/06** <br> **Deed of Trust** <br> **Rental property located at 1517 Chapman Ave., S.W., Roanoke, VA 24016** <br> **Tax ID#1213214 Tax assessment value for 2008 of $56,200; Appraisal value from 4/25/06 $93,000** | | | | | |
| | | | Value $                106,250.00 | | | | 73,227.50 | 0.00 |
| Account No. **0005997182** <br><br> **Wachovia Mortgage, FSB** <br> **1100 Corporate Center Drive** <br> **Raleigh, NC 27607-5066** | - | | **5/31/06** <br> **Deed of Trust** <br> **Rental property located at 1521 Chapman Ave., S.W., Roanoke, VA 24016** <br> **Tax ID# 1213213 Tax assessment value for 2008 of $63,900 Appraisal value from 4/25/06 $95,000** | | | | | |
| | | | Value $                102,000.00 | | | | 74,802.46 | 0.00 |
| Account No. **0005997672** <br><br> **Wachovia Mortgage, FSB** <br> **1100 Corporate Center Drive** <br> **Raleigh, NC 27607-5066** | - | | **5/31/06** <br> **Deed of Trust** <br> **Rental property located at 1621 Chapman Ave., S.W., Roanoke, VA 24016** <br> **Tax ID#1213111 Tax assessment value for 2008 of $39,500 Appraisal value from 4/25/06 $85,000** | | | | | |
| | | | Value $                102,000.00 | | | | 66,901.93 | 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 363,749.28 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 1,026,064.02 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **William Alexander White**                                                     Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **William Alexander White**                                                    Case No. _____
                                                            ,
                                        **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **n/a**<br><br>**White Homes & Land, LLC**<br>**PO BOX 8631**<br>**Roanoke, VA 24014** | - | Husband, Wife, Joint, or Community | **2008**<br><br>**Tenant rental security deposits paid to White Homes & Land, LLC as deposits on property owned in fee simple by the Debtor.  [ Schedule of deposits available upon request]** | | | | 3,499.00 | 0.00<br><br>3,499.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>3,499.00 | 3,499.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00<br>3,499.00 | 3,499.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __William Alexander White__ _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **021-090-304-0-9**<br><br>**Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413** | | - | | | 3/2008-5/2008<br>**Utility for rental property** | | | | 88.41 |
| Account No. **023-646-257-0-3**<br><br>**Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413** | | - | | | 3/2008-5/2008<br>**Utility for rental property** | | | | 88.21 |
| Account No. **023-858-417-2-7**<br><br>**Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413** | | - | | | 3/2008-5/2008<br>**Utility for rental property** | | | | 159.38 |
| Account No. **020-758-417-5-5**<br><br>**Appalachian Power<br>PO BOX 24416<br>Canton, OH 44701-4413** | | - | | | 3/2008-5/2008<br>**Utility for rental property** | | | | 254.06 |
| __11__  continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | | | 590.06 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Alexander White**                                                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **026-958-417-7-1** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | **229.45** |
| Account No. **026-560-330-1-2** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | **30.59** |
| Account No. **026-557-417-6-3** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | **172.61** |
| Account No. **025-631-518-1-6** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | **188.71** |
| Account No. **027-558-417-3-7** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | **99.04** |

Sheet no. \_\_**1**\_\_ of \_\_**11**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**720.40**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William Alexander White**                                              , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **028-455-596-0-4** <br><br> **Appalachian Power** <br> **PO BOX 24401** <br> **Canton, OH 44701** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 31.09 |
| Account No. **029-089-788-5-7** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 130.24 |
| Account No. **027-821-517-9-5** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 278.50 |
| Account No. **029-657-417-3-5** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 100.91 |
| Account No. **028-421-518-0-1** <br><br> **Appalachian Power** <br> **PO BOX 24416** <br> **Canton, OH 44701-4413** | - | | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 101.37 |

Sheet no. __**2**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

642.11

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **William Alexander White**                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **025-957-418-2-4**<br><br>**Appalachian Power**<br>**PO BOX 24416**<br>**Canton, OH 44701-4413** | - | | | **3/2008-5/2008**<br>**Utility for rental property** | | | | 161.33 |
| Account No. **022-857-418-1-1**<br><br>**Appalachian Power**<br>**PO BOX 24416**<br>**Canton, OH 44701-4413** | - | | | **3/2008-5/2008**<br>**Utility for rental property** | | | | 112.99 |
| Account No. **024-721-517-6-6**<br><br>**Appalachian Power**<br>**PO BOX 24416**<br>**Canton, OH 44701-4413** | - | | | **3/2008-5/2008**<br>**Utility for rental property** | | | | 107.04 |
| Account No. **021-086-769-5-4**<br><br>**Appalachian Power**<br>**PO BOX 24416**<br>**Canton, OH 44701-4413** | - | | | **3/2008-5/2008**<br>**Utility for rental property** | | | | 169.27 |
| Account No. **021-267417-6-4**<br><br>**Appalachian Power**<br>**PO BOX 24413**<br>**Canton, OH 44701-4413** | - | | | **3/08**<br>**Utility** | | | | 371.41 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

922.04

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Alexander White**                                                    ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **025-525-647-0-6**<br><br>**Appalachian Power**<br>**PO BOX 24413**<br>**Canton, OH 44701-4413** | | - | **April 08**<br>**Utility** | | | | **18.17** |
| Account No. **020-031-518-7-1**<br><br>**Appalachian Power**<br>**PO BOX 24413**<br>**Canton, OH 44701-4413** | | - | **3/2008**<br>**Utility** | | | | **598.28** |
| Account No. **029-469-418-1-8**<br><br>**Appalachian Power**<br>**PO BOX 24413**<br>**Canton, OH 44701-4413** | | - | **3/2008**<br>**Utility** | | | | **81.39** |
| Account No. **028-421-517-9-3**<br><br>**Appalachian Power**<br>**PO BOX 24413**<br>**Canton, OH 44701-4413** | | - | **12/2007**<br>**Utility** | | | | **34.67** |
| Account No. **021-086-769-5-4**<br><br>**Appalachian Power**<br>**PO BOX 24416**<br>**Canton, OH 44701** | | - | **3/2008**<br>**Utility** | | | | **84.47** |

Sheet no. __**4**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**816.98**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Alexander White**                                                ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 022-359-418-4-2 **Appalachian Power** PO BOX 24413 Canton, OH 44701-4413 | - | | | 3/2008 Utility | | | | 60.70 |
| Account No. 4339-9300-1049-9558 **Bank of America** PO BOX 15184 Wilmington, DE 19886-5710 | X - | | | Credit card purchases | | | | 8,839.57 |
| Account No. 4339-9300-0232-4384 **Bank of America** PO BOX 15710 Carol Stream, IL 60197-5270 | X - | | | Credit card purchases by White Homes & Land, LLC | | | | 12,938.73 |
| Account No. 5140-2188-9820-6691 **Barclays** PO BOX 8833 Wilmington, DE 19899-8833 | - | | | 8/1/07 Credit card purchases | | | | 9,522.00 |
| Account No. Instrument #070010722 **Brisa Fund, LLLP** PO BOX 66667 Washington, DC 20020-0477 | - | | | 6/29/07 2nd lien on real property 1517 Chapman, 1521 Chapman, 1529 Chapman, 1605 Chapman, 1621 Chapman, 1629-1631 Chapman, 832 Patterson, 906 Patterson, 1602 Patterson. Deed of Trust not executed by the legal owner of the above listed property. | | | X | 225,000.00 |

Sheet no. __5___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

256,361.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Alexander White**                                   ,     Case No. _____

                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5490-9991-7867-3009**<br><br>**Edward Jones**<br>**FIA Card Services**<br>**PO BOX 175726**<br>**Wilmington, DE 19886** | - | | **Opened 6/01/04 Last active 5/10/08**<br>**Credit card for White Homes & Land, LLC** | | | | **24,756.27** |
| Account No. **2007011810 & 2007011814**<br><br>**George A. McLean, Jr., Esq.**<br>**302 Washington Ave., S.W.**<br>**Roanoke, VA 24016** | - | | **8/27/07**<br>**Legal services** | | | | **165.00** |
| Account No. **n/a**<br><br>**Glenda Revord**<br>**503 Myra Road**<br>**Raeford, NC 28376** | - | | **2008**<br>**Legal services preformed by Harry W. Brown, Attorney at Law, P.C. Account sold prior to Debtor filing Chapter 11.** | | | | **25,399.70** |
| Account No.<br><br>**Horn's Plumbing & Heating**<br>**3295 Bradshaw Road**<br>**Salem, VA 24153** | - | | **2/1/08 & 3/10/08**<br>**Services** | | | | **2,645.21** |
| Account No. **5155-9200-0148-8817**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | - | | **Opened 12/01/06  Last Active 12/18/07**<br>**CreditCard** | | | | **8,714.00** |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**61,680.18**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Alexander White**                                    ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5491-1000-1771-8712** <br><br>**Hsbc Bank** <br>**Po Box 5253** <br>**Carol Stream, IL 60197** | - | | **Opened 4/01/07 Last Active 2/06/08** <br>**CreditCard** | | | | **2,728.00** |
| Account No. **20060224** <br><br>**Jody Stewart, CRR, RMR** <br>**Official U.S. Court Reporter** <br>**600 Granby Street, #217** <br>**Norfolk, VA 23510** | - | | **4/4/08** <br>**Transcript** | | | | **284.75** |
| Account No. **4185-5592-5363-5308** <br><br>**Providian** <br>**PO BOX 660487** <br>**Dallas, TX 75266-0487** | - | | **3/01/03** <br>**Credit card purchases** | | | | **9,510.03** |
| Account No. <br><br>**Richard Lawrence, Esq.** <br>**1st Street, S.W.** <br>**Roanoke, VA 24016** | - | | **6/2007-2/2008** <br>**Legal services** | | | | **2,000.00** |
| Account No. **00023537** <br><br>**Roanoke City Treasurers Office** <br>**215 Church Avenue** <br>**Roanoke, VA 24016** | - | | **8/27/07** <br>**Inspection fees** | | | | **145.07** |
| Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br>(Total of this page) | | | | **14,667.85** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Alexander White**                                          ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **01-4SR01-188-07**<br><br>**Summit & Roanoke Apt., LLC**<br>**48500 Franklin Road S.W.**<br>**Roanoke, VA 24014** | | - | | | | | | **216.96** |
| Account No. **000833586133**<br><br>**Verizon**<br>**PO BOX 660720**<br>**Dallas, TX 75266-0720** | | - | | **4/08**<br>**Utility** | | | | **80.59** |
| Account No. **1000164577-000004094**<br><br>**Western Virginia Water Authority**<br>**Utility Billing Office**<br>**PO BOX 1140**<br>**Roanoke, VA 24006-1140** | | | | **3/2008-5/2008**<br>**Utility for rental property** | | | | **145.07** |
| Account No. **10001645777-000004090**<br><br>**Western Virginia Water Authority**<br>**Utility Billing Office**<br>**PO BOX 1140**<br>**Roanoke, VA 24006-1140** | | - | | **3/2008-5/2008**<br>**Utility for rental property** | | | | **110.57** |
| Account No. **1000164577-000004084**<br><br>**Western Virginia Water Authority**<br>**Utility Billing Office**<br>**PO BOX 1140**<br>**Roanoke, VA 24006-1140** | | - | | **3/2008-5/2008**<br>**Utility for rental property** | | | | **205.13** |

Sheet no. __**8**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**758.32**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Alexander White**                                                  ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1000164577-000003990** <br><br> **Western Virginia Water Authority** <br> **Utility Billing Office** <br> **PO BOX 1140** <br> **Roanoke, VA 24006-1140** | - | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 86.11 |
| Account No. **1000164577-000003988** <br><br> **Western Virginia Water Authority** <br> **Utility Billing Office** <br> **PO BOX 1140** <br> **Roanoke, VA 24006-1140** | - | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 194.69 |
| Account No. **1000225773-000004876** <br><br> **Western Virginia Water Authority** <br> **Utility Billing Office** <br> **PO BOX 1140** <br> **Roanoke, VA 24006-1140** | - | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 235.72 |
| Account No. **1000164577-000003984** <br><br> **Western Virginia Water Authority** <br> **Utility Billing Office** <br> **PO BOX 1140** <br> **Roanoke, VA 24006-1140** | - | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 129.58 |
| Account No. **1000164577-000003946** <br><br> **Western Virginia Water Authority** <br> **Utility Billing Office** <br> **PO BOX 1140** <br> **Roanoke, VA 24006-1140** | - | | **3/2008-5/2008** <br> **Utility for rental property** | | | | 46.63 |

Sheet no. __**9**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

692.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **William Alexander White** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **1000164577-000003736** | | - | | | 3/2008-5/2008 **Utility for rental property** | | | | |
| **Western Virginia Water Authority Utility Billing Office PO BOX 1140 Roanoke, VA 24006-1140** | | | | | | | | | 143.39 |
| Account No. **1000164577-000003728** | | - | | | 3/2008-5/2008 **Utility for rental property** | | | | |
| **Western Virginia Water Authority Utility Billing Office PO BOX 1140 Roanoke, VA 24006-1140** | | | | | | | | | 159.21 |
| Account No. **1000164577-000003528** | | - | | | 3/2008-5/2008 **Utility for rental property** | | | | |
| **Western Virginia Water Authority Utility Billing Office PO BOX 1140 Roanoke, VA 24006-1140** | | | | | | | | | 37.62 |
| Account No. **1000164577-000003018** | | - | | | 3/2008-5/2008 **Utility for rental property** | | | | |
| **Western Virginia Water Authority Utility Billing Office PO BOX 1140 Roanoke, VA 24006-1140** | | | | | | | | | 185.05 |
| Account No. **1000164577-000004074** | | - | | | 3/2008-5/2008 **Utility for rental property** | | | | |
| **Western Virginia Water Authority Utility Billing Office PO BOX 1140 Roanoke, VA 24006-1140** | | | | | | | | | 841.31 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,366.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Alexander White**                                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1000164577-000004098**<br><br>**Western Virginia Water Authority**<br>**Utility Billing Office**<br>**PO BOX 1140**<br>**Roanoke, VA 24006-1140** | - | | | **3/2008-5/2008**<br>**Utility for rental property** | | | | 182.37 |
| Account No.<br><br>**William David White**<br>**5725 Artesian Drive**<br>**Derwood, MD 20855** | - | | | **3/2005, 4/2006, 1/2008, 5/2008**<br>**Personal loans** | | | | 35,700.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 35,882.37 |
| | Total<br>(Report on Summary of Schedules) | 375,100.62 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re   **William Alexander White**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Anthem Health Care** | **Health insurance contract. Debtor wishes to assume the contract.** |
| **Cox Communications**<br>**Roanoke, VA 24014** | **Monthly cable contract. Debtor wishes to assume the contract.** |
| **Residental lease**<br>**Roanoke, VA 24012** | **Residential lease. Expiration of the lease is in December of 2008. Debtor wishes to assume the lease.** |
| **Unitran Insurance** | **Auto insurance contract. Debtor wishes to assume.** |
| **White Homes & Land, LLC**<br>**PO BOX 8631**<br>**Roanoke, VA 24014** | **Contract dated April 29, 2004 regarding managment of rental property owned by William A. White. Debtor wishes to assume the contract.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **William Alexander White**                                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

        Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **White Homes & Land, LLC**<br>**PO BOX 8631**<br>**Roanoke, VA 24014** | **Bank of America**<br>**PO BOX 15710**<br>**Carol Stream, IL 60197-5270** |
| **White Homes & Land, LLC**<br>**PO BOX 8631**<br>**Roanoke, VA 24014**<br>  **Commercial loan. Additional property of White Homes & Land, LLC placed as 2nd and 3rd security.** | **The Washington Savings Bank, FSB**<br>**4201 Mitchellville Road, Suite 503**<br>**Bowie, MD 20716** |
| **White Politics, Inc.**<br>**(Defunct)**<br>**Florrissant, MO** | **Bank of America**<br>**PO BOX 15184**<br>**Wilmington, DE 19886-5710** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **William Alexander White**                                    Case No. _____

_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Wife** **Daughter** | AGE(S): **26** **4 months** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Property managment/contracting** | |
| Name of Employer | **White Homes and Land, LLC** | |
| How long employed | **4 years** | |
| Address of Employer | **PO BOX 8631** **Roanoke, VA 24014** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **0.00** | $ **N/A** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | | $ **0.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ **0.00** | $ **N/A** |
| b. Insurance | | $ **0.00** | $ **N/A** |
| c. Union dues | | $ **0.00** | $ **N/A** |
| d. Other (Specify): _____ | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **0.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **0.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **3,621.00** | $ **N/A** |
| 8. Income from real property | | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ |
| 11. Social security or government assistance (Specify): _____ | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): _____ | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **3,621.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **3,621.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **3,621.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Income is heavily dependent upon number of units filed in rental properties, and varies from $14,000-$22,000 per month for the White Homes & Land, LLC. Debtor took $4000 per month (estimated) from the business in 2007.**

**WHITE HOMES & LAND LLC**
P O BOX 8631
ROANOKE, VA 24014
PH. 540-798-1393

4505
68-54/514
BRANCH 20100

DATE 4/3/08

PAY TO THE ORDER OF   *William A White*

1500 00/100

*Fifteen hundred dollars and 00/100*                     DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

NOT NEGOTIABLE

DISTRIBUTION

⑈004505⑈

---

**WHITE HOMES & LAND LLC**
P O BOX 8631
ROANOKE, VA 24014
PH. 540-798-1393

4534
68-54/514
BRANCH 20100

DATE 4/7/08

PAY TO THE ORDER OF   *William A White*

750 00/100

*Seven hundred fifty dollars and 00/100*                  DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

NOT NEGOTIABLE

DISTRIBUTION

⑈004534⑈

---

**WHITE HOMES & LAND LLC**
P O BOX 8631
ROANOKE, VA 24014
PH. 540-798-1393

4555
68-54/514
BRANCH 20100

DATE 5/6/08

PAY TO THE ORDER OF   *William A White*

1500 00/100

*Fifteen hundred dollars and 00/100*                     DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

NOT NEGOTIABLE

DISTRIBUTION

⑈004555⑈

**WHITE HOMES & LAND LLC**
P O BOX 8631
ROANOKE, VA 24014
PH. 540-798-1393

4566

68-54/514
BRANCH 20100

DATE 5/18/08

PAY TO THE ORDER OF _William White_ | 500 00/100

_Five hundred dollars and 00/100_ _____ DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

DISTRIBUTION

NOT NEGOTIABLE

�011004566⑪

## United States Bankruptcy Court
### Western District of Virginia

In re   **William Alexander White**

_____

Debtor(s)

Case No. _____

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:    $    151,439.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income    $    12,365.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)   $ | 1,440.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 76.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 2,000.00 |
| 11. Utilities | 1,028.00 |
| 12. Office Expenses and Supplies | 75.00 |
| 13. Repairs and Maintenance | 1,500.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 750.00 |
| 18. Insurance | 600.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| Advertisement | 450.00 |
| Deposits | 200.00 |
| Payment to William D. White | 625.00 |

22. Total Monthly Expenses (Add items 3-21)    $    8,744.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    3,621.00

B6J (Official Form 6J) (12/07)

In re   **William Alexander White**                                          Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,010.00 |
| a. Are real estate taxes included? | Yes ___ | No __X__ | |
| b. Is property insurance included? | Yes ___ | No __X__ | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 800.00 |
| 5. Clothing | | $ | 150.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 150.00 |
| 8. Transportation (not including car payments) | | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 10.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 142.00 |
| d. Auto | | $ | 238.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) **Personal property taxes** | | $ | 30.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,180.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 3,621.00 |
| b. | Average monthly expenses from Line 18 above | $ | 3,180.00 |
| c. | Monthly net income (a. minus b.) | $ | 441.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re **William Alexander White**                                          Case No. _____

_____
Debtor(s)                                                                        Chapter   **11**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **38** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 13, 2008** _____       Signature   **/s/ William Alexander White** _____

**William Alexander White**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re   **William Alexander White**                                              Case No. _____

                                              Debtor(s)                          Chapter   **11**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐     business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$78,797.75** | **Income from the beginning of this calendar year to the date this case was commenced.** |
| | **Source: White Homes & Land, LLC** |
| **$550,006.00** | **Estimated income from 2007** |
| | **Source: White Homes & Land, LLC** |
| **$541,827.48** | **Income from 2006** |
| | **Source: White Homes & Land, LLC** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Appalachian Power**<br>**PO BOX 24416**<br>**Canton, OH 44701-4413** | **In the past 90 days for multiple accounts. Estimated amount.** | **$5,600.00** | **$0.00** |
| **Harry W. Brown, Esq.**<br>**125 Kirk Avenue, S.W.**<br>**Roanoke, VA 24011** | **Payments from 3/13/08-6/13/08 (for the past 90 days)**<br>**4/4/08    $2,500**<br>**4/11/08  $1,500**<br>**5/2/08   $1,500**<br>**5/5/08   $1,500**<br>**5/9/08   $1,500** | **$8,500.00** | **$0.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GC07006892-00 Commonwealth v. William White | Contempt of Court-cell phone | General District Court for the City of Roanoke | 8/1/07 Guilty/$69 fine/costs paid |
| GC07009483-00 Commonwealth v. William White | Assault & Battery | General District Court for the City of Roanoke | Dismissed 2/19/2008 |
| GC08004987-00 Commonwealth v. William White | Assault | General District Court for the City of Roanoke | Dismissed 6/5/08 |
| GV06010015-01 White, William v. Hicks, Noah | Interrogatory | General District Court for the City of Roanoke | Closed 6/7/08 |
| GV086013298-00 White, William v. Schoep, Jeff | Warrant in Debt | General District Court for the City of Roanoke | 1/31/07 Judgment for the Plaintiff/ Appealed |
| GV07003626-00 White, William v. Faris, Dale | Unlawful Detainer | General District Court for the City of Roanoke | 4/2/07 Judgment for the Plaintiff |
| GV07003626-01 White, William v. Faris Dale | Garnishment | General District Court for the City of Roanoke | 7/18/07 Closed |
| GV07019566-00 White, William v. Mclean George, Jr., | Detinue | General District Court for the City of Roanoke | 1/28/08 Closed |
| GV04009807-01 White, William v. Layman, Angela | Interrogatory | General District Court for the City of Roanoke | Closed 7/31/07 |
| GV05002889-01 White, William v. Yates, Mary | Interrogatory | General District Court for the City of Roanoke | 6/7/07 Closed |
| GV05006058-01 White, William v. Towns, Christopher | Interrogatory | General District Court for the City of Roanoke | Closed 8/31/07 |
| GV05006085-02 White, William v. Towns, Christopher | Show Cause | General District Court for the City of Roanoke | 8/31/07 Dismissed |
| GV05012188-01 White, William v. Lamb, Mary | Garnishment | General District Court for the City of Roanoke | 8/1/07 Closed |
| GV05016304-01 White, William v. Bocock, Darlene | Interrogatory | General District Court for the City of Roanoke | Closed 10/4/07 |
| GV05019843-02 White, William v. Dooley, Crystal | Interrogatory | General District Court for the City of Roanoke | Closed 7/31/07 |
| GV05019843-03 White, William v. Dooley, Crystal | Show Cause | General District Court for the City of Roanoke | Not found 7/31/07 |
| GV06001633-06 White, William v. Ayers, Janice | Garnishment | General District Court for the City of Roanoke | Closed 1/31/07 |
| GV06001633-07 White, William v. Ayers, Janice | Garnishment | General District Court for the City of Roanoke | Closed 3/28/07 |
| GV06001633-08 White, William v. Ayers, Janice | Garnishment | General District Court for the City of Roanoke | Closed 6/27/07 |
| GV06013297-07 White, William v. Tinsley, Heather | Interrogatory | General District Court for the City of Roanoke | Closed 7/31/07 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GV06013297-01 White, William v. Lee, Angus | Show Cause | General District Court for the City of Roanoke | Not found 7/31/07 |
| GV06013297-03 White, William v. Tinsley-Lee, Heather | Show Cause | General District Court for the City of Roanoke | Not found 7/31/07 |
| GV06021698-00 White, William v. Langston, Nartarsha | Unlawful Detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 1/16/07 |
| GV07000407-00 White, William v. Martin, Lee | Unlawful Detainer | General District Court for the City of Roanoke | Dismissed 1/29/07 |
| GV07000408-00 White, William v. Barnett, Misty | Warrant in Debt | General District Court for the City of Roanoke | Dismissed 1/29/07 |
| GV07000409-00 White, William v. Thompson, John | Warrant in Debt | General District Court for the City of Roanoke | Dismissed 1/29/07 |
| GV0700410-00 White, William v. Alexander, Ralph | Unlawful Detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 1/29/07 |
| GV07000411-00 White, William v. Bonds, Christina | Unlawful Detainer | General District Court for the City of Roanoke | Dismissed 1/29/07 |
| GV07000412-00 White, William v. McNabb, Craig | Unlawful Detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 1/29/07 |
| GV07000412-01 White, William v. McNabb, Craig | Garnishment | General District Court for the City of Roanoke | Closed 4/4/07 |
| GV07000413-00 White, William v. Ketsana, Sam | Unlawful Detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 1/29/07 |
| GV07000413-01 White, William v. Ketsana, Sam | Garnishment | General District Court for the City of Roanoke | Closed 6/27/07 |
| GV07000501-00 White, William v. Harris, Yolanda | Unlawful Detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 2/2/07 |
| GV07002174-00 White, William v. Bonds, Christina | Unlawful Detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 3/12/07 |
| GV07002175-00 White, William v. Calloway, Allen | Unlawful Detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 3/1/07 |
| GV07002176-00 White, William v. Thompson, John | Unlawfult Detainer | General District Court for the City of Roanoke | Dismissed |
| GV07002177-00 White, William v. Ketsana, Sam | Warrant in Debt | General District Court for the City of Roanoke | Judgment for the Plaintiff |
| GV07002178-00 White, William v. Boyd, Lillian | Unlawful Detainer | General District Court for the City of Roanoke | Dismissed 3/1/07 |
| GV07002577-00 White, William v. McNabb, Craig | Warrant in Debt | General District Court for the City of Roanoke | Judgment for the Plaintiff 5/24/07 |
| GV07002859-00 White, William v. Hamilton, Alba GV07002899-01 White, William v. Hamilton, Alba | Warrant in debt Garnishment | General District Court for the City of Roanoke | Judgment for the Plaintiff 5/24/07 Closed 3/12/08 |
| GV07003621-00 White, William v. Martin, Lee | Warrant in Debt | General District Court for the City of Roanoke | Judgment for the Plaintiff 4/2/07 |
| GV07003622-00 White, William v. Ginos, Sabrina | Unlawful Detainer | General District Court for the City of Roanoke | Dismissed 4/2/07 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GV07003623-00 White, William v. Old Dominion Insurance Group, Inc., Agency | Warrant in debt | General District Court for the City of Roanoke | Dismissed 7/5/07 |
| GV07003624-00 White, William v. Martin, Lee | Unlawful Detainer | General District Court for the City of Roanoke | Dismissed 4/2/07 |
| GV07003625-00 White, William v. Crowder, Robert GV07003625-01 White, William v. Crowder, Robert | Unlawful detainer; Garnishment | General District Court for the City of Roanoke | Judgment for the Plaintiff 5/7/07 Closed 6/27/07 |
| GV07005235-00 White, William v. Smith, Carole | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 5/1/07 |
| GV07005236-00 White, William v. Martin, Lee | Unlawful detainer | General District Court for the City of Roanoke | Dismissed 6/1/07 |
| GV07005237-00 White, William v. Thompson, John Henry IV | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 6/1/07 |
| GV07006225-00 White, William v. Widener, Kenneth | Unlawful detainer | General District Court for the City of Roanoke | Dismissed 6/7/07 |
| GV07006931-00 & Gv07006932-00 White, William v. Ntelos, Inc. | Warrant in debt Detinue | General District Court for the City of Roanoke | Dismissed 6/7/07 Dismissed 6/7/07 |
| GV07007021-00 White, William v. Calhounm, Terry | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the plaintiff 6/1/07 |
| GV07007022-00 White, William v. Smith, Carole | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 6/1/07 |
| GV07007023-00 White, William v. Gnos, Sabrina | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff |
| GV07007024-00 White, William v. Bonds, Christina | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/5/07 |
| GV07007025-00 White, William v. Shockley, Justin GV07007025-01 GV07007025-02 GV0700702-03 | Unlawful detainer Garnishment | General District Court for the City of Roanoke | Judgment for the Plaintiff 6/1/07 Closed 8/1/07 Closed 8/22/07 |
| GV07008428-00 White, William v. Calhoun, Terry | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/5/07 |
| GV07008443-00 White, William v. Shockley, Justin | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/31/07 |
| GV07008444-00 White, William v. Thompson, John Henry, IV | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/31/07 |
| GV07008840-00 White, William v. Nester, Lloyd | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/5/07 |
| GV07008841-00 White, William v. Stewartm Katie | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/5/07 |
| GV07008842-00 White, William v. Terry, Larry | Unlawful detainer | General District Court for the City of Roanoke | Dismissed 7/5/07 |
| GV07008843-00 White, William v. Martin,Lee | Unlawful detainer | General District Court for the City of Roanoke | Dismissed 7/5/07 |
| GV07009327-00 White, William v. Hill, Karen | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/10/07 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GV07010833-00 White, William v. Tolley, Betty | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/31/07 |
| GV07010834-00 White, William v. Lewis, Edward | Unlawful detainer | General District Court for the City of Roanoke | Judgment for the Plaintiff 7/31/07 |
| GV07010835-00 White, William v. Alexander, Ralph | Unlawful detainer | General District Court for the City of Roanoke | Dismissed 8/31/07 |
| GV07010836-00 White, William v. Martin, Lee | Unlawful detainer | General District Court for the City of Roanoke | Dismissed 8/31/07 |
| GV07013081-00 White, William v. Wagner, Baby Girl | Unlawful detainer | General District Court for the City of Roanoke | Appealed 8/31/07 |
| GV07013082-00 White, William v. Dooleym Barry | Unlawful detainer | General District Court for the City of Roanoke | Dimissed 8/31/07 |
| GV07013083-00 White, William v. Gnos, Sabrina | Unlawful detainer | General District Court for the City of Roanoke | Dismissed 8/31/07 |
| GV07013084-00 White, William v. Banis, Cassandra | Unlawful detainer | General District Court for the City of Roanoke | Appealed 8/31/07 |
| GV07013085-00 White, William v. Chasseur, Lola | Unlawful detainer | General District Court for the City of Roanoke | Appealed 8/31/07 |
| GV07013086-00 White, William v. Earhart, Lisa | Unlawful detainer | General District Court for the City of Roanoke | Appealed 8/31/07 |
| GV07013087-00 & GV07013087-01 White, William v. Hill, Karen | Unlawful detainer Garnishment | General District Court for the City of Roanoke | Judgment for the Plaintiff 8/31/07 Closed 3/26/08 |
| CL06002331-00 White, William v. Specialized Loan Servicing, LLC | Civil | Circuit Court for the City of Roanoke | Pending |
| CL05000835-00 White, William v. Ampro Mortgage Corp. | Civil | Circuit Court for the City of Roanoke | Pending |
| CL05000932-00 White, William v. Hamilton, Edward, Jr. | Civil | Circuit Court for the City of Roanoke | Pending |
| CL06000068-00 White, William v. Chase Bank, USA, NA | Civil | Circuit Court for the City of Roanoke | Settled |
| CI06001561-00 White, William v. Mortgage Lenders Network, LLC | Civil | Circuit Court for the City of Roanoke | Pending |
| CL06001679-00 & CL06001683-00 White, William v. Perez, Doris & Greogorio | Civil | Circuit Court for the City of Roanoke | Pending |
| 2:07-CV-342 USA v. Henry, et al. | Civil | United States District Court for the Estern District of Virginia, Norfolk Division | Pending |
| 7:08-mc-3 USA v. Henry, et al. | Civil | United States District Court for the Western District of Virginia, Roanoke Division | Pending |
| 03-08-0401-8 Stout, Shannon v. White, William 03-08-0404 Brown, Raymond & Tabitha v. White, William | Civil | US Department of Housing and Urban Development | Pending complaints |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **$1,000.00** | **Gambling on vacation cruise** | **10/7/2007** |

8

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Harry W. Brown, Attorney at Law, P.C.** <br> **125 Kirk Avenue S.W.** <br> **Roanoke, VA 24011** | **3/12 & 5/28/08** | **$1,000.00** <br> **$6,400.00** |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **William David White** <br> **5725 Artesian Drive** <br> **Derwood, MD 20855** <br>     **Father** | **5/2/2007** | **Real estate TAX ID#1213106 1610 Patterson Avenue, S.W., Roanoke, VA 24016 Consideration $110,000.00** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

9

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **188 Summit Way, Roanoke, VA 24014** | **William A. White** | **1/1/04-1/1/08** |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **White Homes & Land, LLC** | 65-1226687 | **PO BOX 8631 Roanoke, VA 24014** | **Managment and ownership of real estate** | **5/21/2004** |
| **ANSWP, LLC** | | **PO BOX 8601 Roanoke, VA 24014** | **Publishing** | **July 2006** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **William A. White** | **PO BOX 8631**<br>**Roanoke, VA 24014** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Brisa Fund, LLLP**<br>**PO BOX 6777**<br>**Washington, DC 20020-0477** | **July 2007** |
| **Various mortgage lenders** | **6/2006-2/2008** |

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

12

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __June 13, 2008__                    Signature  __/s/ William Alexander White__

                                              **William Alexander White**
                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Virginia

In re  **William Alexander White**

_____

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00\*\*** |
| Prior to the filing of this statement I have received | $ | **7,400.00** |
| Balance Due | $ | **12,600.00** |

2.  $ **1,039.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor  ☒ Other (specify):  **White Homes & Land, LLC**

4.  The source of compensation to be paid to me is:

☒ Debtor  ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. This provision is subject to the hourly Fee Agreement referenced below.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

      **d.)  Debtor(s) entered into an hourly fee agreement with additional terms.Terms of the agreement supersede item#1 above. \*\* This amount is a flat fee estimate only.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  _____    _____

**Harry W. Brown, Esquire 41300**
**Harry W. Brown, Attorney at Law, P.C.**
**125 Kirk Avenue S.W.**
**Roanoke, VA 24011**
**540-345-0200  Fax: 540-345-4049**
**ela@hblawoffice.roacoxmail.com**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF VIRGINIA**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Harry W. Brown, Esquire 41300** | X **/s/ Harry W. Brown, Esquire** | **June 13, 2008** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**125 Kirk Avenue S.W.
Roanoke, VA 24011
540-345-0200**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **William Alexander White** | X **/s/ William Alexander White** | **June 13, 2008** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Western District of Virginia

In re    **William Alexander White**             Case No. _____

                    Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **June 13, 2008**                   **/s/ William Alexander White**

                                           **William Alexander White**
                                           Signature of Debtor

White, William -

APPALACHIAN POWER
PO BOX 24413
CANTON, OH 44701-4413

APPALACHIAN POWER
PO BOX 24401
CANTON, OH 44701

BANK OF AMERICA
PO BOX 15184
WILMINGTON, DE 19886-5710

BANK OF AMERICA
PO BOX 15710
CAROL STREAM, IL 60197-5270

BARCLAYS
PO BOX 8833
WILMINGTON, DE 19899-8833

BARCLAYS BANK DELAWARE
125 S WEST ST
WILMINGTON, DE 19801

BIERMAN, GEESING & WARD,LLC
4520 EAST WEST HIGHWAY, SUITE 200
BETHESDA, MD 20814

BRISA FUND, LLLP
PO BOX 66667
WASHINGTON, DC 20020-0477

CARNIVAL SEA MILES
PO BOX 13337
PHILADELPHIA, PA 19101

CHASE HOME FINANCE
PO BOX 78116
PHOENIX, AZ 85062-8116

CHASE MANHATTAN MORTGA
10790 RANCHO BERNARDO RD
SAN DIEGO, CA 92127

White, William -

EDWARD JONES
FIA CARD SERVICES
PO BOX 175726
WILMINGTON, DE 19886


FIA CSNA
PO BOX 17054
WILMINGTON, DE 19884


GEORGE A. MCLEAN, JR., ESQ.
302 WASHINGTON AVE., S.W.
ROANOKE, VA 24016


GLENDA REVORD
503 MYRA ROAD
RAEFORD, NC 28376


HORN'S PLUMBING & HEATING
3295 BRADSHAW ROAD
SALEM, VA 24153


HSBC BANK
PO BOX 5253
CAROL STREAM, IL 60197


HSBC BANK NEVADA
PO BOX 81622
SALINAS, CA 93912-1622


I.C. SYSTEM, INC.
444 HIGHWAY 96 EAST
PO BOX 64887
SAINT PAUL, MN 55164-0887


JODY STEWART, CRR, RMR
OFFICIAL U.S. COURT REPORTER
600 GRANBY STREET, #217
NORFOLK, VA 23510


LORI WAGNER, ESQ.
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE.,
WASHINGTON, DC 20530

White, William -

OPTION ONE MORTGAGE
IRVINE CENTER DRIVE
IRVINE, CA 92618


OPTION ONE MORTGAGE CO
3 ADA WAY
IRVINE, CA 92618


OPTION ONE MORTGAGE CORPORATION
PO BOX 44042
JACKSONVILLE, FL 32231-4042


OPTION ONE MORTGAGE CORPORATION
DA CSRESOLUT
6501 IRVINE CENTER DRIVE
IRVINE, CA 92618


OPTION ONE MORTGAGE CORPORATION
PO BOX 9025
TEMECULA, CA 92589-9025


OPTION ONE PAYMENT PROCESSING
PO BOX 44042
JACKSONVILLE, FL 32231-4042


PROFESSIONAL DEBT MEDIATION, INC.
4161 CARMICHAEK AVE
SUITE 156
JACKSONVILLE, FL 32207


PROVIDIAN
PO BOX 660487
DALLAS, TX 75266-0487


PROVIDIAN
PO BOX 660433
DALLAS, TX 75266-0487


RICHARD LAWRENCE, ESQ.
1ST STREET, S.W.
ROANOKE, VA 24016


ROANOKE CITY TREASURERS OFFICE
215 CHURCH AVENUE
ROANOKE, VA 24016

White, William -


ROANOKE CITY TREASURES OFFICE
PO BOX 1451
ROANOKE, VA 24007


SUMMIT & ROANOKE APT., LLC
48500 FRANKLIN ROAD S.W.
ROANOKE, VA 24014


THE WASHINGTON SAVINGS BANK, FSB
4201 MITCHELLVILLE ROAD, SUITE 503
BOWIE, MD 20716


TROUTMAN SANDERS, LLP
1111 E. MAIN STREET
PO BOX 1122
RICHMOND, VA 23218-1122


TROUTMAN SANDERS, LLP
150 W. MAIN STREET, SUITE 1600
NORFOLK, VA 23510


US DEPARTMENT OF HOUSING & URBAN DE
OFFICE OF FAIR HOUSING & EQUAL OPPO
100 PENN SQ.,EAST THE WANAMAKER BLD
PHILADELPHIA, PA 19107-3380


VERIZON
PO BOX 660720
DALLAS, TX 75266-0720


WACHOVIA MORTGAGE
1100 CORPORATE CENTER DRIVE
RALEIGH, NC 27607-5066


WACHOVIA MORTGAGE
PO BOX 96001
CHARLOTTE, NC 28296-0001


WACHOVIA MORTGAGE, FSB
1100 CORPORATE CENTER DRIVE
PO BOX 900001
RALEIGH, NC 27675-9000

White, William -

WACHOVIA MORTGAGE, FSB
PO BOX 900001
RALEIGH, NC 27675-9000


WACHOVIA MORTGAGE, FSB
1100 CORPORATE CENTER DRIVE
RALEIGH, NC 27607-5066


WASH MUTUAL/PROVIDIAN
PO BOX 9180
PLEASANTON, CA 94566


WASHINGTONMUTUAL PAYMENT PROCESSING
PO BOX 660548
DALLAS, TX 75266-0548


WESTERN VIRGINIA WATER AUTHORITY
UTILITY BILLING OFFICE
PO BOX 1140
ROANOKE, VA 24006-1140


WESTERN VIRGINIA WATER AUTHORITY
UTILITY BILLING OFFICE
PO BOX 17381
ROANOKE, VA 24006-1140


WESTERN VIRGINIA WATER AUTHORITY
PO BOX 17381
BALTIMORE, MD 21297-1381


WHITE HOMES & LAND, LLC
PO BOX 8631
ROANOKE, VA 24014


WHITE POLITICS, INC.
(DEFUNCT)
FLORRISSANT, MO


WILLIAM DAVID WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

B22B (Official Form 22B) (Chapter 11) (01/08)

In re   **William Alexander White**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $            0.00 | $            0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>Debtor / Spouse<br>a. Gross receipts — $ 12,365.00 / $ 0.00<br>b. Ordinary and necessary business expenses — $ 8,744.00 / $ 0.00<br>c. Business income — Subtract Line b from Line a | $        3,621.00 | $            0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>Debtor / Spouse<br>a. Gross receipts — $ 0.00 / $ 0.00<br>b. Ordinary and necessary operating expenses — $ 0.00 / $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $            0.00 | $            0.00 |
| 5 | **Interest, dividends, and royalties.** | $            0.00 | $            0.00 |
| 6 | **Pension and retirement income.** | $            0.00 | $            0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $            0.00 | $            0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ 0.00 | $            0.00 | $            0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>Debtor / Spouse<br>a. _____ $ / $<br>b. _____ $ / $ | $            0.00 | $            0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $        3,621.00 | $            0.00 |

**B22B (Official Form 22B) (Chapter 11) (01/08)**                                                                                    **2**

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $                                   **3,621.00** |
|----|----|----|

<table>
<tr><td colspan="3" align="center"><strong>Part II. VERIFICATION</strong></td></tr>
<tr><td>12</td><td colspan="2">I declare under penalty of perjury that the information provided in this statement is true and correct.  <em>(If this is a joint case, both debtors must sign.)</em><br><br>Date:   <u>  <strong>June 13, 2008</strong>  </u>                Signature:   <u><strong>/s/ William Alexander White</strong></u><br>                                                                                     <strong>William Alexander White</strong><br>                                                                                     (Debtor)</td></tr>
</table>